C. A. 5th Cir. Reported below: 119 Fed. Appx. 637;
C. A. 5th Cir. Reported below: 119 Fed. Appx. 681;
C. A. 4th Cir. Reported below: 394 F. 3d 222;
C. A. 5th Cir. Reported below: 119 Fed. Appx. 656;
C. A. 3d Cir. Reported below: 117 Fed. Appx. 829;
C. A. 5th Cir. Reported below: 114 Fed. Appx. 643;
C. A. 3d Cir. Reported below: 101 Fed. Appx. 888; and
C. A. 11th Cir. Motions of petitioners for leave to proceed in forma pau-peris granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).